Order entered July 30, 2015



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01329-CV

**ALBERT LUTTERODT, Appellant**

**V.**

**EMILY LANE OWNERS ASSOCIATION, INC., Appellee**

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-12648-G**

## ORDER

As the trial exhibits have been filed and the reporter's record is now complete, we

**ORDER** appellant to file any amended brief correcting any citations to the reporter's record no

later than August 17, 2015.  Appellee shall file its brief no later than September 16, 2015.


/s/      CRAIG STODDART
          JUSTICE